JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| RHONDA POLITE,<br><br>             Plaintiff,<br><br>        v.<br><br>"JOHN;" NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY; OR ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY<br><br> Defendants. | No. SACV 19-01518 JLS(DFM)<br><br>**JUDGMENT**<br><br>Hon. Josephine L. Staton<br>United States District Judge |

1

1  The Motion to Dismiss Plaintiff's Second Amended Complaint filed by Defendant
2  Andrew Saul, Commissioner of Social Security, having come on for hearing, and the
3  Court having considered the pleadings, evidence presented, and the Memorandum of
4  Points and Authorities,
5  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion be
6  granted and judgment is hereby entered for Defendant.

Dated: May 22, 2020

HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE